```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        NORTHERN DIVISION

ROBERT L. DANIELS,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    No. 2:05 CV 55 DDN
                                  )
FARMERS ELEVATOR AND EXCHANGE     )
CO. OF MONROE CITY,               )
BUTCH PENNEWELL, and              )
HARVEY TURNER,                    )
                                  )
          Defendants.             )
```

**NOTICE TO COUNSEL**

    After the jury is selected and sworn and recessed on October 12, 2006, the court will take up all objections to the listed deposition evidence, interrogatory answers, and requests for admissions answers that the parties have listed in their pretrial compliance papers.

    Further, not later than Friday of this week, October 6, counsel for all parties shall contact deputy clerk Tad Biggs of the Clerk's Office (tad_biggs@moed.uscourts.gov, or 314-244-7814) to advise what the courtroom electrical evidence presentation equipment needs of the parties will be, because the courtroom electrical power may be limited.

    */s/ David D. Noce*

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 2, 2006.