```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION
```

ROBERT L. DANIELS,                  )
                                    )
            Plaintiff,              )
                                    )
        v.                          )        No. 2:05 CV 55 DDN
                                    )
FARMERS ELEVATOR AND EXCHANGE       )
CO. OF MONROE CITY,                 )
BUTCH PENNEWELL, and                )
HARVEY TURNER,                      )
                                    )
            Defendants.             )

<u>**ORDER**</u>

The court having been advised that plaintiff and defendant Harvey Turner have settled their dispute in this action,

**IT IS HEREBY ORDERED** that, with respect to plaintiff's claims against defendant Harvey Turner,

> the trial and other settings are vacated; these parties are granted thirty days from the date of this order in which to file papers disposing of this matter; and any pending motions are denied without prejudice as moot.


_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**


Signed this 10th day of October, 2006.