```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          NORTHERN DIVISION

ROBERT L. DANIELS,                  )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     No. 2:05 CV 55 DDN
                                    )
FARMERS ELEVATOR AND EXCHANGE       )
CO. OF MONROE CITY,                 )
BUTCH PENNEWELL, and                )
HARVEY TURNER,                      )
                                    )
            Defendants.             )
```

### ORDER

Pursuant to the stipulation for dismissal filed by plaintiff Robert L. Daniels and defendant Butch Pennewell on October 30, 2006 (Doc. 112),

**IT IS HEREBY ORDERED** that the claim and cause of action of plaintiff against defendant Butch Pennewell are dismissed with prejudice, each party to bear his own costs.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 31, 2006.