```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    NORTHERN DIVISION
```

ROBERT L. DANIELS,                )
                                  )
        Plaintiff,         )
                                  )
    v.                          )   No. 2:05 CV 55 DDN
                                  )
FARMERS ELEVATOR AND EXCHANGE     )
CO. OF MONROE CITY,               )
BUTCH PENNEWELL, and              )
HARVEY TURNER,                    )
                                  )
        Defendants.        )

### ORDER

    Pursuant to the stipulation for dismissal filed by plaintiff Robert L. Daniels and defendant Farmers Elevator and Exchange Company of Monroe City (Farmers) on November 7, 2006 (Doc. 114),

    **IT IS HEREBY ORDERED** that the claim and cause of action of plaintiff against defendant Farmers Elevator and Exchange Company of Monroe City are dismissed with prejudice, with defendant Farmers to pay plaintiff's taxable court costs.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on November 8, 2006.